UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

                                    Cr. No. 3:13-CR-00248-FDW

    Plaintiff,

v.                                        MOTION TO CONTINUE FINAL
                                              HEARING REGARDING REVOCATION
NKHENGE SHROPSHIRE,            OF SUPERVISED RELEASE

    Defendant.
_____/

    NOW COMES Nkhenge Shropshire by and through counsel, Miranda J. Mills, moving for continuance of the final hearing regarding revocation of supervised release pursuant to Rule 45(b)(1) of the Federal Criminal Code and Rules. In Support of said motion the Defendant further states as follows:

1. This matter has been calendared for a final hearing regarding revocation of supervised release on May 24, 2021 at 3:00 p.m., before this honorable Court.

2. The violation report includes new law violations that are the subject of ongoing negotiations between Defense Counsel and the Government.

3. The undersigned needs additional time to prepare and review discovery materials and a plea offer with the Defendant.

4. The Defendant is currently in custody at the Mecklenburg County Jail.

5. The undersigned respectfully requests that the Court continue the final hearing regarding revocation of supervised release to a later date.

6. The Government, through its counsel, has been consulted and does not object to the continuing of this hearing.

7. This motion is not made for dilatory purposes, but rather to ensure the Defendant's effective representation.

8. We believe the reasons expressed above to be appropriate to continue the status conference and docket call.

WHEREFORE, the Defendant, by and through the undersigned counsel, respectfully requests the final hearing regarding revocation of supervised release, and any associated deadlines be continued to a date determined by the Court.

This the 12th day of May, 2021.

Respectfully Submitted,

/s/ Miranda J. Mills

_____
Miranda J. Mills
N.C. State Bar No. 41547
Roberts Law Group, PLLC
112 South Tryon Street, Suite 720
Charlotte, North Carolina 28202
Telephone: (704) 251-2501
Facsimile: (919) 573-0774
E-mail: Miranda@RobertsLawTeam.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    United States Attorney's Office
    Attn: Matthew Thomas Warren, Assistant United States Attorney
    227 West Trade Street, Suite 100
    Charlotte, NC 28202
    Phone: (704) 338-3111
    Facsimile: (704) 344-6629
    Email: Matthew.Warren@usdoj.gov

This the 12th day of May, 2021.

    Respectfully Submitted,

    /s/ Miranda J. Mills

    _____

    Miranda J. Mills
    N.C. State Bar No. 41547
    Roberts Law Group, PLLC
    112 South Tryon Street, Suite 720
    Charlotte, North Carolina 28202
    Telephone: (704) 251-2501
    Facsimile: (919) 573-0774
    E-mail: Miranda@RobertsLawTeam.com