IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. : 3:13-CR-248

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | <u>NOTICE OF UNAVAILABILITY</u> |
| | ) | |
| NKHENGE SHROPSHIRE, | ) | |
| Defendant. | ) | |

Counsel for the Defendant is scheduled for surgery to repair a meniscus root tear on December 7th, 2021. Said surgery and rehabilitation requires no bending of and no weight bearing activities on the primary leg for an initial 4-6 weeks followed by limited mobility through rehabilitation for an additional 4-6 weeks. Narcotic pain medicine is expected during which no driving nor extensive in-person work will be allowed by Counsel's physician. Said surgery was delayed first by hospital protocol during the COVID-19 pandemic, and second by the intensive hospitalization and subsequent passing of Counsel's Mother. Thus, this surgery is needed, overdue, and not intended to delay or inconvenience the Court.

WHEREFORE counsel respectfully requests that no court appearances be scheduled in this matter from December 6, 2021, through February 28th, 2022.

1

Respectfully submitted, this the 5th day of December, 2021.

                                                                                         _____
                                                                                          */Steven T. Meier*
                                                                                         Attorney for Defendant
                                                                                        Steven T. Meier, PLLC
                                                                                        1515 South Boulevard
                                                                                        Charlotte, NC 28203
                                                                                        Tel : 704.333.3456
                                                                                        steve@meierlawnc.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of December, 2021, a copy of the foregoing Notice of Unavailability was sent via ECF to :

**Matthew Warren**
U.S. Attorney's Office, WDNC
227 W Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
Phone : 704-344-6222
PACER/ECF : Matthew.Warren@usdoj.gov

_____
/*Steven T. Meier*
Attorney for Defendant
Steven T. Meier, PLLC
1515 South Boulevard
Charlotte, NC 28203
Tel : 704.333.3456
steve@meierlawnc.com