# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. : 3:13-CR-00248 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| NKHENGE SHROPSHIRE | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO CONTINUE FINAL HEARING ON REVOCATION OF SUPERVISED RELEASE

NOW COMES, Steven T. Meier, Attorney for the Defendant, Nkhenge Shropshire, and hereby moves the Court for an Order continuing the Final Hearing on Revocation of Supervised Release set for March 31, 2022, respectively and in support of said Motion would show the Court as follows:

1. On February 22, 2021, a Petition for Warrant for Offender Under Supervision [Doc. 50] was filed alleging that the Defendant violated the terms of her supervision in the above-referenced case.

2. On October 14, 2021, your Movant was appointed to represent the Defendant.

3. On March 16, 2021, the Defendant was indicted in Docket No. 3:22-CR-79 and charged in a Bill of Indictment with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. 1343.

4. That among the violations alleged in the Supervised Release Violation Petition are two new law violations that appear to be reflected in the Bill of Indictment and thus, the interest of justice and court efficiency imply that the two matters be handled in coordination with the other.

5. After consultation, Assistant United States Attorney Matthew Warren is not opposed to this Motion or the continuance of the docket call.

Respectfully submitted, this the 21st day of March, 2022.

_____
*/Steven T. Meier*
Steven T. Meier
Attorney for Defendant
Steven T. Meier, PLLC
1515 South Boulevard
Charlotte, NC 28203
Tel : 704-333-3456
steve@meierlawnc.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing Unopposed Motion to Continue the Final Hearing on the Supervised Release Violation in the above-entitled action upon all other parties to this cause by hand delivering a copy hereof, addressed to the party(ies) or attorney for said party(ies).

        Matthew Warren
        U.S. Attorney's Office
        227 W Trade Street
        Suite 1650, Carillon Building
        Charlotte, NC 28202
        704-344-6222
        Fax: 704-344-6229
        Email: matthew.warren@usdoj.gov

This the 21st day of March, 2022.

        _____
        */Steven T. Meier*
        Steven T. Meier
        Attorney for Defendant
        Steven T. Meier, PLLC
        1515 South Boulevard
        Charlotte, NC 28203
        Tel : 704-333-3456
        steve@meierlawnc.com